## SEARLE V. CITY OF LEAD.

Under Comp. Laws, § 5187, providing for a certain amount as costs on appeal before argument, and a certain amount for argument, a party making no argument, either oral or written, on appeal, is not entitled to costs for argument.

(Opinion filed Jan. I1, 1898.)

Action by Julia K. Searle against the city of Lead. Judgment having been affirmed on a former appeal, defendant appeals from the clerk's taxation of costs. Modified.

*H. E. Dewey*, for appellant.

*McLaughlin & McLaughlin*, for respondent.

HANEY, J. The judgment of the circuit court in this action having been affirmed (10 S. D. 312, 73 N. W, 101), defendant and appellant now appeals from the clerk's taxation of costs. The plaintiff and respondent made no argument, either oral or printed. She should have been allowed five dollars "before argument," but nothing "for argument." Comp. Laws, § 5187. The clerk is directed to deduct the sum allowed for argument, and, as thus modified, the taxation is affirmed.